;HTON (2827)
tee

768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 SEP 26 PM 2: 37

DISTRICT OF UTAH

) STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| MICHAEL HARRIS CLAY<br>VICKY ANN CLAY | Bankruptcy No. 10-35384 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92003790989766.

3. The amounts are as follows:

| Questar Gas Company<br>Bankruptcy/DNR244<br>1140 West 200 South, P.O. Box 3194<br>Salt Lake City, Utah 84110-3194 | $ 4.88 |
|---|---|
| Intermountain Healthcare<br>P.O. Box 27808<br>Salt Lake City, Utah 84127-0808 | 4.84 |

4. A check in the amount of $9.72, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 21 day of Sept, 2011.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _21_ day of _Sept_____, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____
*(signature)*